**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MAUREEN GREGORY,** § | |
| Plaintiff, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 4:10-CV-02788** |
| § | |
| **STANDARD GUARANTY** § | |
| **INSURANCE COMPANY AND** § | |
| **ROGER C. BROOKS,** § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Maureen Gregory, and Defendants, Standard Guaranty Insurance Company and Roger C. Brooks, file this Notice of Settlement, and respectfully notify the Court as follows:

1) On or about July 14, 2011, Plaintiff and Defendants entered into an agreement to settle this case at the conclusion of a mediation conference held in Houston, Texas.

2) The parties plan to circulate a Settlement Agreement which is anticipated to be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days, if not before.

Respectfully submitted,

THE MOSTYN LAW FIRM


By: /s/ Gregory F. Cox
     Gregory F. Cox
     Texas State Bar No. 00793561
     Southern District Bar No. 719316
     6280 Delaware Street
     Beaumont, Texas 77706
     Telephone: (409) 832-2777
     Facsimile: (409) 832-2703

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this the 27th day of July, 2011.

    /s/ Gregory F. Cox
    Gregory F. Cox