UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAUREEN GREGORY, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. 4:10-CV-2788 |
| STANDARD GUARANTY INSURANCE COMPANY, AND ROGER C. BROOKS, | § § § § |
| Defendants. | § |

## CONDITIONAL ORDER OF DISMISSAL

The parties have informed the Court that all claims have settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of all claims if any party represents to the Court that the settlement could not be completely documented. A notice of final dismissal or a proposed final judgment should be submitted to the Court within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 28th day of July, 2011.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1